AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

18 U.S.C. §661 -
Embezzlement/Theft Within
Special Maritime and Territorial
Jurisdiction

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:

Maximum Prison Term 1 Year
Maximum Fine $100,000
Maximum Term of Supervised Release 1 Year
Mandatory Special Assessment $25

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:       **SHOW**
☐ U.S. Att'y ☐ Defense   **DOCKET NO.**

☐ this prosecution relates to a
pending case involving this same
defendant            **MAGISTRATE**
☐ prior proceedings or appearance(s)   **CASE NO.**
before U.S. Magistrate regarding
this defendant were recorded under ▶

Name and Office of Person
Furnishing Information on     **SCOTT N. SCHOOLS**
THIS FORM
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    DEREK R. OWENS

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─ **DEFENDANT - U.S.** ─

NADIA ROSE REITZES, a.k.a., AIDAN REITZES

DISTRICT COURT NUMBER

**CR  07    0512**

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
was served on above charges    ▶ 6/6/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other } ☐ Fed'l ☐ State
charges

If answer to (6) is "Yes", show name of institution

Has detainer  } ☐ Yes  If "Yes"
been filed?      ☐ No    give date
filed

**DATE OF**        Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED** ▶   Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                     or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

07 AUG - E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

CR 07 0512

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 661 - Embezzlement/Theft Within Special Maritime and Territorial Jurisdiction (Class A Misdemeanor) |
| v. | |
| NADIA ROSE REITZES, a/k/a Aidan Reitzes, | SAN FRANCISCO VENUE |
| Defendant. | |

## I N F O R M A T I O N

The United States Attorney charges:

Between on or about April 9, 2007, and on or about May 22, 2007, in the Northern District of California, the defendant,

NADIA ROSE REITZES,
a/k/a Aidan Reitzes,

did take and carry away, with the intent to steal and purloin, the personal property of Sports Basement sporting goods store, while within an area of special maritime and territorial

INFORMATION

1  jurisdiction, specifically, land under the exclusive jurisdiction of the United States and

2  administered by the Presidio Trust, in violation of Title 18, United States Code, Section 661, a

3  Class A misdemeanor.

4

5  DATED: 8/3/2007                        SCOTT N. SCHOOLS
                                          United States Attorney
6

7

8                                         IOANA PETROU
                                          Chief, Major Crimes Section
9

10  (Approved as to form: _____ )
                          DEREK R. OWENS
11                        Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION