SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

ANDREW COLLINS
Law Clerk

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6912
   Fax: (415) 436-7234
   Email: andrew.j.collins@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>NADIA ROSE REITZES, )<br>   a/k/a Aidan Reitzes, )<br>)<br>   Defendant. )<br>)<br>_____) | No. CR 07-0512 MAG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXCLUDE TIME |

On August 6, 2007, the parties in this case appeared before the Court for an initial appearance and identification of counsel. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from August 6, 2007, to September 21, 2007, for effective preparation and continuity of defense counsel. The United States required time to provide discovery to defense counsel, and defense counsel required time to review this information and discuss it with the defendant. The parties represented that granting the

PLEA AGREEMENT

1  continuance was the reasonable time necessary for effective preparation and continuity of
2  defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. §
3  3161(h)(8)(B)(iv). The parties agreed that the ends of justice served by granting such a
4  continuance outweighed the best interests of the public and the defendant in a speedy trial. See
5  18 U.S.C. § 3161(h)(8)(A).

7  SO STIPULATED:
8                                           SCOTT N. SCHOOLS
                                             United States Attorney

10  Dated:  8/6/2007                         Derek Owens
11                                           DEREK R. OWENS
                                             Assistant United States Attorney

13  Dated:  8/6/2007                         Derek Owens
14                                           JOHN RUNFOLA
                                             Attorney for Ms. Reitzes

16     As the Court found on August 6, 2007, and for the reasons stated above, the Court finds that
17  an exclusion of time between August 6, 2007, and September 21, 2007, is warranted and that the
18  ends of justice served by the continuance outweigh the best interests of the public and the
19  defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested
20  continuance would deny defense counsel the reasonable time necessary for effective preparation,
21  taking into account the exercise of due diligence, and would result in a miscarriage of justice.
22  See 18 U.S.C. §3161(h)(8)(B)(iv).

24  SO ORDERED.
25  Dated: 8/7/7
26                                           EDWARD M. CHEN
                                             United States Magistrate Judge

PLEA AGREEMENT