1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  NADIA ROSE REITZES

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11                                          )
   UNITED STATES OF AMERICA,                )   Criminal No. CR 07-0512 MAG
12                                          )
            Plaintiff,                      )   **STIPULATION AND**
13                                          )   **[PROPOSED] ORDER TO**
       v.                                   )   **CONTINUE SEPTEMBER 21,**
14                                          )   **2007 STATUS CONFERENCE**
   NADIA ROSE REITZES                       )   **AND EXCLUDE TIME**
15                                          )
                                            )
16                                          )
            Defendants.                     )
17  _____)

18
       **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney,
19
    Derek Owens, counsel for the plaintiff, and below signed counsel for each of the defendants
20
    in the above mentioned case, that the status conference now scheduled for September 21,
21
    2007 at 10:30 a.m.., is extended until December 7, 2007 at 10:30 a.m., or as soon thereafter
22
    as is convenient for the Court. This continuance is sought based upon the fact that Aidan
23
    Reitzes is away taking college courses in Arizona and will not be returning to the Northern
24
    District until December 1, 2007.
25
       No party objects to the requested continuance.
26
    //
27
    //
28
    //

1   **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
2   continue to be excluded from September 21, 2007 through December 7, 2007, pursuant to
3   18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

5   **IT IS SO STIPULATED.**

7   Dated:      09/20/2007            _____/s/_____
              DEREK OWENS
              Counsel for Plaintiff

10  Dated:     09/20/2007             _____/s/_____
              JOHN M. RUNFOLA
              Attorney for NADIA ROSE REITZES

**ORDER**

**IT IS SO ORDERED**

18  Dated: _____   _____
              HON. JUDGE JOSEPH C. SPERO
              United States District Court Judge

Stipulation and Order                - 2 -