09/20/07   13:31   JOHN M. RUNFOLA 415.391.4243 → 4155223636                NO.488   P02

1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  NADIA ROSE REITZES

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 
   UNITED STATES OF AMERICA,              )    Criminal No. CR 07-0512 MAG
12                                          )
              Plaintiff,                    )    STIPULATION AND
13                                          )    [PROPOSED] ORDER TO
        v.                                  )    CONTINUE SEPTEMBER 21,
14                                          )    2007 STATUS CONFERENCE
   NADIA ROSE REITZES                       )    AND EXCLUDE TIME
15                                          )
                                            )
16                                          )
              Defendants.                   )
17                                          )

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney,
19
   John N. Glang, counsel for the plaintiff, and below signed counsel for each of the defendants
20
   in the above mentioned case, that the status conference now scheduled for September 21,
21
   2007 at 10:30 a.m., is extended until December 7, 2007 at 10:30 a.m., or as soon thereafter
22
   as is convenient for the Court. This continuance is sought based upon the fact that Aidan
23
   Reitzes is away taking college courses in Arizona and will not be returning to the Northern
24
   District until December 1, 2007.
25
        No party objects to the requested continuance.
26
   //
27
   //
28
   //

1  IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act
2  continue to be excluded from September 21, 2007 through December 7, 2007, pursuant to
3  18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.
4
5  IT IS SO STIPULATED.
6
  Dated:    09/20/2007
7                                                            /s/
                                                          DEREK OWENS
                                                          Counsel for Plaintiff
8
9
  Dated:    09/20/2007
10                                                            /s/
                                                          JOHN M. RUNFOLA
                                                          Attorney for NADIA ROSE REITZES
11
12
13
14
15
                                          ORDER
16
    IT IS SO ORDERED
17
18 Dated:   9/20/07
                                          HON. JUDGE JOSEPH C. SPERO
19                                        United States District Court Judge
20
21
22
23
24
25
26
27
28

Stipulation and Order                    - 2 -