SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0512 MAG |
|    Plaintiff, ) | |
| ) | |
| v. ) | [~~PROPOSED~~] **ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 7, 2007 TO JUNE 6, 2008** |
| NADIA ROSE REITZES, ) | |
|    a/k/a Aidan Reitzes, ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable Joseph C. Spero on December 7, 2007.  At that time, the parties stipulated that the matter would be continued until June 6, 2008, and that time should be excluded from the Speedy Trial Act calculations from December 7, 2007, through June 6, 2008, for a period of pretrial diversion. *See* 18 U.S.C. § 3161(h)(2).  The parties agree that pretrial diversion is an appropriate disposition of this case and that - taking into account the public interest in prompt disposition of criminal cases - good cause exists for this extension. Accordingly, the parties agree that the prosecution will be deferred for a six month period of time for the defendant to demonstrate good conduct under the conditions of a pretrial diversion

**[~~PROPOSED~~[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0512 MAG**

program. 18 U.S.C. § 3161(h)(2).

   IT IS SO STIPULATED.

DATED: 12/17/07              /s/
                  JOHN RUNFOLA
                  Counsel for Nadia Reitzes

DATED: 12/15/07              /s/
                  WENDY THOMAS
                  Special Assistant U.S. Attorney

   As the Court found on December 7, 2007, and for the reasons stated above, the Court finds that an exclusion of time between December 7, 2007 and June 6, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from December 7, 2007 through June 6, 2008, for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

   IT IS SO ORDERED.

DATED: 12/19/07              _____
                  THE HONORABLE JOSEPH C. SPERO
                  United States Magistrate Judge

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0512 MAG       2