1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  NADIA ROSE REITZES

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11                                          )
   UNITED STATES OF AMERICA,                )    Criminal No. CR 07-0512 MAG
12                                          )
          Plaintiff,                        )    **STIPULATION AND**
13                                          )    **[PROPOSED] ORDER TO**
       v.                                   )    **CONTINUE JUNE 6, 2008**
14                                          )    **STATUS CONFERENCE AND**
   NADIA ROSE REITZES                       )    **EXCLUDE TIME**
15                                          )
                                            )
16                                          )
          Defendants.                       )
17  _____ )

18
       **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney,
19
   Wendy Thomas, counsel for the plaintiff, and below signed counsel for each of the
20
   defendants in the above mentioned case, that the status conference now scheduled for June
21
   6, 2008 at 10:30 a.m.., is extended until June 27, 2008 at 10:30 a.m., or as soon thereafter as
22
   is convenient for the Court. This continuance is sought based upon the fact that Nadia Reitzes
23
   has been hospitalized and was discharged from the hospital late last night. Pretrial officer,
24
   Michelle Neuro, has been notified and has no objection to a continuance of the case.
25
       No party objects to the requested continuance.
26
   //
27
   //
28
   //

1  **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
2  continue to be excluded from June 6, 2008 through June 27, 2008, pursuant to 18 U.S.C.
3  §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

5  **IT IS SO STIPULATED.**

7  Dated:    06/05/2008                               /s/
                                                    WENDY THOMAS
                                                    Counsel for Plaintiff

10 Dated:    06/05/2008                              /s/
                                                    JOHN M. RUNFOLA
                                                    Attorney for NADIA ROSE REITZES

                                    **ORDER**

   **IT IS SO ORDERED**

18 Dated: _____              _____
                                        HON. JUDGE JOSEPH C. SPERO
                                        United States District Court Judge

Stipulation and Order                    - 2 -