1   JOHN M. RUNFOLA SBN 96058
    Attorney at Law
2   Pier 9, Suite 100
    San Francisco, California 94101
3   Telephone: (415) 391-4243
    Facsimile: (415) 391-5161
4
    Attorney for Defendant
5   NADIA ROSE REITZES

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11                                      )
    UNITED STATES OF AMERICA,           )    Criminal No. CR 07-0512 MAG
12                                      )
                    Plaintiff,          )    **STIPULATION AND**
13                                      )    ████████ **ORDER TO**
            v.                          )    **CONTINUE JUNE 6, 2008**
14                                      )    **STATUS CONFERENCE AND**
    NADIA ROSE REITZES                  )    **EXCLUDE TIME**
15                                      )
                                        )
16                                      )
                    Defendants.         )
17  _____)

18

19       **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney,

20  Wendy Thomas, counsel for the plaintiff, and below signed counsel for each of the

21  defendants in the above mentioned case,  that the status conference now scheduled for June

    6, 2008 at 10:30 a.m.., is extended until June 27, 2008 at 10:30 a.m., or as soon thereafter as
22
    is convenient for the Court. This continuance is sought based upon the fact that Nadia Reitzes
23
    has been hospitalized and was discharged from the hospital late last night.  Pretrial officer,
24
    Michelle Neuro, has been notified and has no objection to a continuance of the case.
25
            No party objects to the requested continuance.
26
27  //

    //
28
    //

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act

2   continue to be excluded from June 6, 2008  through June 27, 2008, pursuant to 18 U.S.C.

3   §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

4

5    **IT IS SO STIPULATED.**

6

Dated:      06/05/2008            _____/s/_____

7                                 WENDY THOMAS
                                  Counsel for Plaintiff

8

9

Dated:     06/05/2008             _____/s/_____

10                                JOHN M. RUNFOLA
                                  Attorney for NADIA ROSE REITZES

11

12

13

14

15                        **ORDER**

16

 **IT IS SO ORDERED**

17

18  Dated: ___6/5/2008_____   _____

19                                 HON. JUDGE JOSEPH C. SPERO
                                  United States District Court Judge

20

21

22

23

24

25

26

27

28

Stipulation and Order            - 2 -