```
1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH  (CABN 163973)
3   Chief, Criminal Division

4   WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney
5
            450 Golden Gate Avenue
6           San Francisco, California  94102
            Telephone: (415) 436-6809
7           Facsimile: (415) 436-7234
            E-Mail: wendy.thomas@usdoj.gov
8
9   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-CR-512 |
| Plaintiff, | ) | |
| | ) | **NOTICE OF CHANGE OF COUNSEL** |
| v. | ) | |
| NADIA ROSE REITZES | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Special Assistant United States Attorney ("SAUSA") for this case is Wendy Thomas.  Future ECF notices should be sent to SAUSA Thomas only at the email address of wendy.thomas@usdoj.gov.

///

///

///

///

Case # CR 07-CR-512
NOTICE OF CHANGE OF COUNSEL

1   AUSA Derek Owens should be removed from the list of persons to be noticed.

2

3   DATED: June 6, 2008                    Respectfully submitted,

4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
5

6                                                      /S/
                                           _____
7                                          Wendy M. Thomas
                                           Special Assistant United States Attorney
8

Case # CR 07-CR-512
NOTICE OF CHANGE OF COUNSEL